# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD PARKER

VERSUS

JOSE KIAMCO MENDOZA, M.D.
AND JESS DUET ANDERSON, M.D.

NO. 2024 CW 0209

**MAY 20, 2024**

---

In Re:    Jose Kiamco Mendoza, M.D., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 659010.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              PMc
                              SMM


     **Hester, J.,** dissents and would grant the writ with an
order, vacating the trial court's March 6, 2024 judgment that
denied the Motion for Summary Judgment filed by defendant, Dr.
Jose Kiamco Mendoza, and remanding the matter to the trial court
for compliance with La. Code Civ. P. art. 966(D)(3) and a ruling
on the Motion for Summary Judgment.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT